**[J-35-2020 and J-36-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MOHD NASSER ALKASSMI, | : | No. 16 MAP 2020 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 135 |
| | : | MD 2020 dated March 6, 2020 |
| v. | : | |
| | : | SUBMITTED: March 13, 2020 |
| | : | |
| KATHY BOOCKVAR, PENNSYLVANIA | : | |
| SECRETARY OF STATE AND JESSICA | : | |
| MATHIS, DIRECTOR, BUREAU OF | : | |
| ELECTIONS AND NOTARIES IN THEIR | : | |
| OFFICIAL CAPACITY, | : | |
| | : | |
| Appellees | : | |
| | | |
| KELLY ANN RICHARDSON WYATT, | : | No. 17 MAP 2020 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 137 |
| | : | MD 2020 dated March 6, 2020 |
| v. | : | |
| | : | SUBMITTED: March 13, 2020 |
| | : | |
| KATHY BOOCKVAR, PENNSYLVANIA | : | |
| SECRETARY OF STATE AND JESSICA | : | |
| MATHIS, DIRECTOR, BUREAU OF | : | |
| ELECTIONS AND NOTARIES IN THEIR | : | |
| OFFICIAL CAPACITY, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 17th day of March, 2020, the Order of the Commonwealth Court is

**AFFIRMED**.